05-CV-00447-JGM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO VALENCIA-ALVAREZ, | |
| Petitioner, | CASE NO. C05-447-TSZ-MJB |
| v. | (CR02-177Z) |
| UNITED STATES OF AMERICA, | ORDER DENYING § 2255 MOTION |
| Respondent. | |

The Court, having reviewed petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, the government's response, petitioner's reply, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. *The Court notes that the Petitioner's conviction was affirmed on June 21, 2003.*

(2) Petitioner's § 2255 motion (Doc. #1) is DENIED.

(3) The Clerk is directed to send a copy of this Order to the parties and to Judge Benton.

DATED this 22nd day of Dec., 2005.

THOMAS S. ZILLY
Senior United States District Judge

ORDER DENYING § 2255 MOTION